■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MARRERO, Appellant. [627 NYS2d 550] —Judgment, Supreme Court, New York County (Richard Andrias, J.), rendered on or about February 23, 1993, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Ellerin, Kupferman, Ross and Mazzarelli, JJ.

■ CHARLES MACKALL & CO., INC., Appellant, v CARLYLE CONSTRUCTION CORPORATION, Respondent, et al., Defendant. [628 NYS2d 498] —Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered March 2, 1994, which, upon a jury verdict in favor of defendant, dismissed the complaint, unanimously affirmed, without costs.

In this action to recover a finder's fee, the trial court properly refused to charge the jury that plaintiff could recover the reasonable value of its services, since plaintiff did not plead quantum meruit, seek to amend its pleading to conform to proof substantiating such theory *(Weinberg v D-M Rest. Corp.,* 53 NY2d 499, 509), or include such theory in its written requests to charge. In any event, there was no proof of the reasonable value of plaintiff's services *(Bauman Assocs. v H & M Intl. Transp.,* 171 AD2d 479, 484). Concur—Murphy, P. J., Ellerin, Kupferman, Ross and Mazzarelli, JJ.